**Tessa Rani GIBSON, Plaintiff—Appellant,**

v.

**CHARLESTON COUNTY DETENTION CENTER; Mark A. Lewis; Donald V. Salters; Brian E. Britton; Matthey R. Downing; Denise Brown; Lisa A. Gonzalez–Williams; Keith K. Franklin; Arthur L. Grey; FTI Barnes; FTI Hennix; Officer James; Officer Greathouse; Kenneth E. Sponic; Michael Tice; Walter Wright; Henry Gathers; Steven C. Durbin; Wallace Alston, Defendants—Appellees.**

No. 07–7123.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 19, 2007.

Tessa Rani Gibson, Appellant Pro Se.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tessa Rani Gibson appeals the district court's order denying her motion to reconsider its order accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gibson v. Charleston County Det. Ctr.*, No. 2:07–cv–01364–PMD (D.S.C. July 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*